CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

OCT 0 7 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>SAVOY SENIOR HOUSING CORPORATION, ET AL.,<br><br>        *Defendants.* | CIVIL NO. 6:06cv00031<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that Third-Party Defendant TRBC's Motion for Summary Judgment (docket no. 152) is GRANTED. Third-Party Defendant TRBC is hereby TERMINATED as a party in this matter.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 7th Day of October, 2008

              /s/ Norman K. Moon
              NORMAN K. MOON
              UNITED STATES DISTRICT JUDGE